ACCEPTED
01-14-00976-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:34:30 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00976-CR

| | | |
|---|---|---|
| **LARRY BRINKLEY** | § | **IN THE COURT OF** |
| | § | **APPEALS** |
| **v.** | § | |
| | § | **1st DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 5:34:30 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

LARRY BRINKLEY, Appellant in the above styled and numbered case, moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 344th District Court of Chambers County, Texas.

2. The case below was styled *The State of Texas vs. LARRY BRINKLEY*, and numbered 17947.

3. The appellant was convicted of Murder, a first degree felony.

4. On October 27, 2014, Appellant was assessed a sentence of twenty years in the Texas Department of Criminal Justice Institutional Division.

5. Notice of appeal was given on December 5, 2014.

6. The clerk's record was filed on February 24, 2015. The reporter's record was filed on April 21, 2015.

7. The appellate brief is presently due on July 22, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. August 22, 2015.

9. Two extensions to file the brief has been received in this cause from this attorney.

10. Appellant relies on the following facts as good cause for the requested extension:

While writing the brief, Counsel was reviewing the clerk's record in an attempt to locate the State's Notice of Extraneous Offenses. The Clerk's Record contained only a Fourth State's Notice of Extraneous Offenses. (CR 11). The Clerk's Record did not contain a First, Second or Third Notice of Extraneous Offenses. Counsel could find no record of any other notices being filed. Counsel then contacted the Chambers County District Clerk's Office and found that there were two dismissed cause numbers that contained multiple filings. Counsel immediately requested and filed a "First Supplemental Written Designation Specifying Matters for Inclusion in the Clerk's Record" with the Chambers County District Clerk on July 20, 2015. This designation requests all documents filed in the two previous cause numbers used in Appellant's case prior to the final cause number created when Appellant was indicted on October 10, 2014 and shortly before trial commenced on October 21, 2014. Also, on July 20, 2015 Counsel drove to Chambers County from Conroe, Montgomery County and reviewed the electronic files of the two missing cause numbers. Counsel found the missing First, Second and Third Notices of Extraneous Offenses that will

be needed to complete his brief. Counsel was informed by the Chambers County District Clerk's Office that the supplemental record should be ready by July 23, 2015.

Further, counsel has been preparing for a re-trial of a death penalty capital murder punishment trial in Brazos County in the *State of Texas vs. Christian Olsen*, cause number 07-04601-CRF-361-A. This case will involve individual voir dire lasting approximately the month of October before the punishment trial begins in November.

Counsel believes that the brief will be completed within two weeks of filing this request and would request the same.

LARRY BRINKLEY PRAYS that the Court grant this Motion to Extend Time to File Appellant's Brief.

Respectfully submitted,

Law Offices of Stephen D. Jackson & Associates
215 Simonton
Conroe, Texas  77301
(936) 756-5744
(936) 756-7842 facsimile

By:_____
Stephen D. Jackson
State Bar No. 00784324
Attorney for LARRY BRINKLEY

# **CERTIFICATE OF SERVICE**

This is to certify that on July 22, 2015, a true and correct copy of the above and foregoing document was served on the Chambers County District Attorney's Office by certified mail.

_____
Stephen D. Jackson

**STATE OF TEXAS** §
§
**COUNTY OF MONTGOMERY** §
§

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen D. Jackson, who after being duly sworn stated:

"I am the attorney of record for the appellant in the above numbered and styled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
Stephen D. Jackson
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on
_____7/22/15_____, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

ADAM WYATT DIETRICH
Notary Public, State of Texas
My Commission Expires
January 25, 2016